IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CASE NO. 1:09-CR-388-05** |
| | : | |
| **v.** | : | |
| | : | |
| **DYCKMAN MARTINEZ** | : | |

## **O R D E R**

Before the court is Defendant's request for court documents and information pursuant to the New York Public Officers Law, Article 6, § 84 (Doc. 425). This court is not under the jurisdiction of the laws of New York State.  In addition, if it was the defendant's intention to seek release of documents pursuant to the Freedom of Information Act, 5 U.S.C. § 552, he is advised that, pursuant to 5 U.S.C. § 551(1)(B), the courts of the United States are not agencies for purposes of the Freedom of Information Act.

For the foregoing reasons, **IT IS HEREBY ORDERED THAT** Martinez's request is **DENIED**.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated:  July 14, 2015.